UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>WASHOE COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:22-cv-00350-ART-CSD<br><br>ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND DENYING WITHOUT PREJUDICE IFP APPLICATION<br><br>(ECF No. 1) |

　　*Pro se* Plaintiff Hasan Davis brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he claims he suffered while housed at Washoe County Detention Facility. (ECF No. 1-1). On September 13, 2022, the Court dismissed Davis's claims and ordered him to file an amended complaint by October 13, 2022. (ECF No. 8). The Court warned Davis this action could be dismissed if he failed to timely file an amended complaint. (*Id.* at 9). The deadline has expired but Davis did not file an amended complaint, move for an extension, or otherwise respond.

　　However, the Court notes that Davis recently updated his address with the Court, and it appears that Davis is no longer detained or incarcerated. (ECF No. 9). The Clerk of the Court recently sent a courtesy copy of the September 13, 2022, screening order to Davis's updated address. (*Id.*) Considering these circumstances, the Court will deny Davis's application to proceed *in forma pauperis* for an inmate as moot and will grant him an extension of time to file an amended complaint and either file an application to proceed *in forma pauperis* for a non-inmate or pay the full $402 fee for filing a civil action.

**I.　CONCLUSION**

　　It is therefore ordered that the deadline for Plaintiff to file an amended complaint consistent with the Court's September 13, 2022, screening order is **extended to Friday, November 18, 2022.**

It is further ordered that the application to proceed *in forma pauperis* for inmate **(ECF No. 1) is denied as moot**.

It is further ordered that Plaintiff has **until Friday, November 18, 2022,** to either file a fully complete application to proceed *in forma pauperis* for a non-inmate or pay the full $402 fee for filing a civil action.

The Clerk of the Court is directed to send Plaintiff Hasan Davis the approved form application to proceed *in forma pauperis* for a non-inmate and instructions for the same.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

DATED: October 18, 2022.

_____
UNITED STATES MAGISTRATE JUDGE